Daniel Kisliuk
General Delivery
Fort Bragg, CA 95437
shariafinancial@gmail.com
(707) 734-0745

PLAINTIFF PRO SE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KISLIUK,<br><br>    Plaintiff,<br><br> v.<br><br>CITY OF FORT BRAGG, et al.,<br><br>    Defendants. | Case No.  23-cv-06358-RMI<br><br>**NOTICE OF JURY DEMAND** |

  Plaintiff files this Notice of Jury Demand to clarify that the last heading in the Third Amended Complaint was meant to be a demand a jury. The template Plaintiff used had a square in that section that could be mistakenly confused for an unchecked box. Plaintiff does, in fact, demand a trial by jury on all issues so triable.

                     _____
                       Daniel Kisliuk