UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

DANIEL KISLIUK,

        Plaintiff,

    v.

CITY OF FORT BRAGG, et al.,

        Defendants.

Case No.  23-cv-06358-RMI

**JUDGMENT**

On November 20, 2025, the parties reached a settlement in this case. On May 4, 2026, the court issued an order overruling Plaintiff's objections to dismissal of this case with prejudice and the entry of a judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in accordance with that Order. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: May 4, 2026

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California